# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| CYNTHIA C. CROSS and RAY L. CROSS,<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION,<br><br>Defendant. | Civil Action File No.:  4:17-cv-73-HLM |

## NOTICE OF REMOVAL

COMES NOW, Dollar General Corporation, Defendant in the above-styled case, and, within the time prescribed by law, files this Notice of Removal, and respectfully shows to the Court the following facts:

1.

Plaintiffs Cynthia C. Cross and Ray L. Cross filed suit against Dollar General Corporation in the Superior Court of Dade County, State of Georgia. This suit is styled as above and numbered Civil Action File No. 17CV00052 in that Court. In their Complaint, Plaintiffs seek a judgment against Defendant in excess of $2.5 Million Dollars ($2,500,000.00) for medical expenses and other general

damages.  *See* Plaintiffs' Complaint (attached hereto as **Exhibit "A"**) at *ad damnum*.

2.

The sole named defendant, Dollar General Corporation, is a Tennessee corporation with a principal place of business in Goodlettsville, Tennessee.  Dollar General Corporation is not a citizen of the State of Georgia, was not a citizen of the State of Georgia on the date of filing of the aforementioned civil action, and has not since become a Georgia citizen.  *See* Defendant Dollar General Corporation's Answer and Defenses to Plaintiffs' Complaint (attached hereto as **Exhibit "B"**).

3.

Upon information and belief, Plaintiffs Cynthia C. Cross and Roy L. Cross are residents of the State of Georgia who intend to remain residents of the State of Georgia indefinitely.  *See* Plaintiff's Complaint at ¶ I.  They were not citizens of the State of Tennessee on the date of filing of the aforementioned civil action, and have not since become citizens of Tennessee.

4.

As shown above, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5.

The aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and, accordingly, is one which may be removed to this Court by Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 exclusive of interests and costs, and is between citizens of different states.

6.

Dollar General Corporation was served with the Summons and Complaint on March 16, 2017. This Notice is filed within 30 days thereof pursuant to the requirements of 28 U.S.C. § 1446(b).

7.

Dollar General Corporation has attached hereto copies of all process, pleadings and orders served upon it in this case, such copies being marked **Exhibit "A"**. In addition, Dollar General Corporation shows that it has already answered the lawsuit in the state court action referenced above and a copy of that Answer is attached hereto as **Exhibit "B"**. There are no motions pending in the Superior Court of Dade County, Georgia at the time of filing this Notice of Removal.

8.

Venue properly rests in the Rome Division of the United States District Court of the Northern District of Georgia, as this case is being removed from the Superior Court of Dade County, Georgia, which sits in the Rome Division of United States District Court for the Northern District of Georgia.  A Notice of Filing Notice of Removal to Federal Court will be filed with the Superior Court of Dade County, Georgia.

WHEREFORE, Dollar General Corporation prays that the case be removed to the United States District Court for the Northern District of Georgia, Rome Division.

This 14th day of April, 2017.

Respectfully submitted,

HICKS, CASEY & MORTON, P.C.

*/s/ Erica L. Morton*

_____

Erica L. Morton
Georgia Bar No. 140869
*Attorney for Defendant Dollar General Corporation*

HICKS, CASEY & MORTON, P.C.
136 North Fairground Street, N.E.
Marietta, Georgia 30060-1533
Phone: (770) 428-1000
Fax: (770) 428-4684
erica.morton@hickscasey.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CYNTHIA C. CROSS and RAY L. CROSS,<br><br>         Plaintiffs,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION,<br><br>         Defendant. | Civil Action File No.: |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed this ***Notice of Removal*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

Lloyd A. Levitt, Esq.
LEVITT & LEVITT
312 Vine Street
Chattanooga, TN 37403

This 14th day of April, 2017.

*(Signature Continued on Next Page)*

Respectfully submitted,

HICKS, CASEY & MORTON, P.C.

*/s/ Erica L. Morton*
_____
Erica L. Morton
Georgia Bar No. 140869
*Attorney for Defendant Dollar General Corporation*

HICKS, CASEY & MORTON, P.C.
136 North Fairground Street, N.E.
Marietta, Georgia 30060-1533
Phone: (770) 428-1000
Fax: (770) 428-4684
erica.morton@hickscasey.com

- 6 -