| SHERIFF'S ENTRY OF SERVICE | SC-85-2 | | CLYDE CASTLEBERRY CO., COVINGTON, GA 30015 |
|---|---|---|---|

Civil Action No. 17CVCC 52

Superior Court ☐
Magistrate Court ✓
State Court ☐
Probate Court ☐
Juvenile Court ☐

Date Filed 3-13-17

Georgia, DADE COUNTY

Attorney's Address
Lloyd A Levitt
312 Vine Street
Chattanooga TN 37403

SERVE

Cynthia C Cross and Ray L Cross
_____ Plaintiff

VS.

Dollar General Corporation
_____ Defendant

Name and Address of Party to be Served.
Dollar General Corp.
Serve through Agent. Corp. Service
Company; 192 Anderson Street SE
Suite 125, Cobb, Marietta
GA 30060

_____ Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**CORPORATION** ✓ Served the defendant DOLLAR GENERAL CORP _____ a corporation by leaving a copy of the within action and summons with TERRI THOMPSON R/A _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 16 day of 3, 2017.

_____ 07045
DEPUTY

SHERIFF DOCKET_____ PAGE_____

WHITE-CLERK    CANARY-PLAINTIFF    PINK-DEFENDANT

**Exhibit "A"**

SUMMONS

IN THE ~~☐ SUPERIOR~~ ☐ STATE COURT OF ~~WALKER~~ DADE COUNTY

STATE OF GEORGIA

Cynthia C. Cross and
Ray L Cross

PLAINTIFFS

VS.

Dollar General Corporation

DEFENDANT

CIVIL ACTION NUMBER  17CV00052

FILED IN SUPERIOR COURT CLERK'S OFFICE-DADE COUNTY, GEORGIA
9:30 (AM) PM  3-13 20 17
BY Kathy D. Page
CLERK OF SUPERIOR COURT

SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Lloyd A Levitt
312 Vine Street
Chattanooga TN 37403

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This  13  day of  March , 20 17 .

Kathy Page
~~Carter Brown,~~ Clerk of Superior/State Court

BY _____
Deputy Clerk

INSTRUCTIONS: Attach Addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

Re-Order from Rising Fawn Printing Services (706) 398-0585

Exhibit "A"

## IN THE SUPERIOR COURT FOR DADE COUNTY, GEORGIA

CYNTHIA C. CROSS and )
RAY L. CROSS, )
                              )
       Plaintiffs, )
                              )   DOCKET NO. 17CV00052
VS. )
                              )
DOLLAR GENERAL CORPORATION, )   FILED IN SUPERIOR COURT CLERK'S
                              )   OFFICE-DADE COUNTY, GEORGIA
       Defendant. )   9:30 (AM)/PM 3-13 20 17
                                           BY _____
                                                    CLERK OF SUPERIOR COURT

## COMPLAINT

**COME** the Plaintiffs, Cynthia C. Cross and Ray L. Cross and sues the Defendant and would show unto the Court as follows:

### I.

On or about September 5, 2015, Plaintiff, Cynthia C. Cross was a business invitee of the Defendant, Dollar General Corporation at the Defendant's place of business at 4929 Highway 136, Store #09728, Trenton, Dade County Georgia. The Plaintiffs, Cynthia C. Cross and her husband Ray L. Cross are citizens and residents of Rising Fawn, Dade County Georgia. This cause of action arose in Dade County Georgia.

### II.

While walking down the aisle at the Defendant's place of business, the Plaintiff, Cynthia C. Cross, slipped on liquid on the floor causing the Plaintiff, Cynthia C. Cross to fall. The Defendant, through its employees, either was aware or should have been aware that the liquid was in the floor, in sufficient time for the Defendant to exercise a reasonable care to have cleaned up the debris. Plaintiff, Cynthia C. Cross

*Exhibit "A"*

talked to a store employee by the name of Michelle Davis who admitted that the liquid was there and had an employee clean it up. Plaintiff, Cynthia C. Cross could not see the substance on the floor and was not otherwise aware of it being on the floor.

### III.

Defendant at all times material hereto was negligent in:

a. They failed to clean up the liquid lying in the floor.

b. They failed to provide warning to the plaintiff and other customers concerning the condition of the floor.

c. They permitted the aisles in their store to be littered with debris knowing that customers would be walking down the aisles with the likelihood of slipping and falling on the debris in the floor.

### IV.

As a proximate result of the Defendant's negligence, the Plaintiff, Cynthia C. Cross, sustained various injuries, which included aggravation of preexisting neck degeneration, headaches, and other related injuries. The Plaintiff, Cynthia C. Cross has had much pain and suffering.

### V.

As a direct and proximate result of the negligence of the Defendant, the Plaintiff, Cynthia C. Cross was required to seek and obtain medical care and treatment for her injuries, has sustained a loss in her earning capacity, and has sustained permanent injury.

### VI.

Plaintiff, Ray L. Cross is the husband of Cynthia C. Cross and has sustained a loss of consortium.

*Exhibit "A"*

## VII.

The Plaintiff demands a jury.

**WHEREFORE**, Plaintiff, Cynthia C. Cross demands judgment against the Defendant for the sum of 2.5 Million Dollars ($2,500,000.00). Plaintiff, Ray L. Cross sues for his loss of consortium in the amount of Fifty Thousand Dollars ($50,000.00).

Respectfully submitted,

**LEVITT & LEVITT**

*[signature]*

**Lloyd A. Levitt, BPR#449105**
Attorney for Plaintiff
312 Vine Street
Chattanooga, Tennessee 37403
(423) 266-7555
(423) 266-8342 fax

*Exhibit "A"*



IN THE SUPERIOR COURT OF DADE COUNTY
STATE OF GEORGIA

CYNTHIA C. CROSS and
RAY L. CROSS,

        Plaintiffs,

v.

DOLLAR GENERAL CORPORATION,

        Defendant.

FILED IN SUPERIOR COURT CLERK'S
OFFICE-DADE COUNTY, GEORGIA

9:00 AM/PM 4-10 20 17

BY _____
CLERK OF SUPERIOR COURT

Civil Action File No.: 17CV00052

### DEMAND FOR JURY OF TWELVE

COMES NOW, Defendant Dollar General Corporation, by and through its attorney, and demands in writing prior to the commencement of the trial term that the above-styled case be tried by a jury of twelve, pursuant to O.C.G.A. § 15-12-122.

This 7th day of April, 2017.

                                      Respectfully submitted,

                                      HICKS, CASEY & MORTON, P.C.

                                      _____
                                      Erica L. Morton
                                      Georgia Bar No. 140869
                                      *Attorney for Defendant Dollar General Corporation*

HICKS, CASEY & MORTON, P.C.
136 North Fairground Street, N.E.
Marietta, Georgia 30060-1533
Phone: (770) 428-1000
Fax: (770) 428-4684
*erica.morton@hickscasey.com*

Exhibit "A"

IN THE SUPERIOR COURT OF DADE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CYNTHIA C. CROSS and<br>RAY L. CROSS,<br><br>      Plaintiffs,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION,<br><br>      Defendant. | Civil Action File No.: 17CV00052 |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served counsel for the opposing party in the foregoing matter with a copy of *Defendant's Demand for a Jury of Twelve* via electronic filing and/or by depositing a copy of same in the United States mail with adequate postage affixed thereon, addressed as follows:

Lloyd A. Levitt, Esq.
LEVITT & LEVITT
312 Vine Street
Chattanooga, TN 37403

This 7th day of April, 2017.

Respectfully submitted,

HICKS, CASEY & MORTON, P.C.

/s/ Erica L. Morton
Erica L. Morton
Georgia Bar No. 140869
*Attorney for Defendant Dollar General Corporation*

HICKS, CASEY & MORTON, P.C.
136 North Fairground Street, N.E.
Marietta, Georgia 30060-1533
Phone: (770) 428-1000
Fax: (770) 428-4684
erica.morton@hickscasey.com

-2-

**Exhibit "A"**

TO:      All Judges, Clerks of Court, and Counsel of Record
FROM:    Erica L. Morton
RE:      Leave of Absence
DATE:    April 7, 2017

FILED IN SUPERIOR COURT CLERK'S
OFFICE-DADE COUNTY, GEORGIA
9:00 AM/PM 4-10 20 17
BY _____ Kathy D. Page _____
CLERK OF SUPERIOR COURT

## NOTICE OF LEAVE OF ABSENCE

COMES NOW, Erica L. Morton, and respectfully notifies all Judges before whom she has cases pending, all affected Clerks of Court, and all opposing counsel, that she will be on leave pursuant to Georgia Uniform Court Rule 16.

1.

The times Applicant will be away from the practice of law are:

a. May 26, 2017 through May 30, 2017;
b. June 14, 2017 through June 19, 2017;
c. June 30, 2017 through July 10, 2017; and
d. September 1, 2017 through September 5, 2017.

The purposes of the leaves are: personal/family vacation and continuing legal education.

Please see Exhibit "A" attached hereto.

2.

All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object. If no objections are filed, the Leave of Absence shall be granted.

This 7th day of April, 2017.

Respectfully submitted,

_____
Erica L. Morton
Georgia Bar No.: 140869
HICKS, CASEY & MORTON, P.C.
136 North Fairground Street, N.E.
Marietta, Georgia 30060-1533
Phone: (770) 428-1000
Fax: (770) 428-4684
erica.morton@hickscasey.com

**Exhibit "A"**

## EXHIBIT A

| Case Name/Case No.: | Judge/Venue | Opposing Counsel |
|---|---|---|
| Cynthia C. Cross and Ray L. Cross v. Dollar General Corp.<br><br>CAFN: 17CV00052 | Kathy Page, Clerk<br>Dade County Superior Court<br>P.O. Box 417<br>12371 Main Street<br>Trenton, GA 30752 | Lloyd A. Levitt, Esq.<br>LEVITT & LEVITT<br>312 Vine Street<br>Chattanooga, TN 37403 |

*Exhibit "A"*