IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CYNTHIA C. CROSS and<br>RAY L. CROSS,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DOLGENCORP, LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>FILE NO.: 4:17-cv-00073-HLM |

**STIPULATION OF DISMISSAL**

COME NOW, Cynthia C. Cross and Ray L. Cross, Plaintiffs in the above-captioned matter, and Dolgencorp, LLC, Defendant in the above-captioned matter, by and through their undersigned counsel, and pursuant to F.R.C.P. 41(a)(1)(ii), hereby stipulate this action against the Defendant be DISMISSED WITH PREJUDICE, with each party to bear their own costs.

This 26th day of July, 2018.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

/s/ Erica L. Morton

Erica L. Morton, Esq.
Georgia Bar No.: 140869
*Attorney for Defendant Dolgencorp, LLC*

1

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, NE,
Suite 300
Atlanta, GA 30309-3231
Phone:     (404) 874-8800
Fax:       (404) 888-6199
Email:     *erica.morton@swiftcurrie.com*

                LEVITT & LEVITT

                */s/ Lloyd A. Levitt, Esq.*
                _____
                Lloyd A. Levitt, Esq.
                Georgia Bar No.: 449105
                *Attorney for Plaintiff*

LEVITT & LEVITT
312 Vine Street
Chattanooga, TN 37403
Phone:     (423) 266-7555
Fax:       (423) 266-8342
Email:     Lloyd.levitt@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| CYNTHIA C. CROSS and RAY L. CROSS, <br><br> Plaintiffs, <br><br> v. <br><br> DOLGENCORP, LLC, <br><br> Defendant. | CIVIL ACTION <br> FILE NO.: 4:17-cv-00073-HLM |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed this STIPULATION OF DISMISSAL with the clerk of Court using the CM/ECF System which will automatically send email notification of such filing to the following attorney of record:

>Lloyd A. Levitt
>Levitt & Levitt
>312 Vine Street
>Chattanooga, TN 37403
>Lloyd.levitt@gmail.com

This 31st day of July, 2018.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Erica L. Morton*

Erica L. Morton, Esq.
Georgia Bar No.: 140869
*Attorney for Defendant Dolgencorp, LLC*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, NE,
Suite 300
Atlanta, GA 30309-3231
Phone:   (404) 874-8800
Fax:     (404) 888-6199
Email:   erica.morton@swiftcurrie.com